## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| STANLEY L. NIBLACK, | : | Civil Action No. 15-5298 (BRM) |
| Plaintiff, | : | |
| v. | : | **MEMORANDUM AND ORDER** |
| SCO MALBREEN, et al., | : | |
| Defendants. | : | |

   **THIS MATTER** is opened to the Court by *pro se* Plaintiff Stanley L. Niblack ("Plaintiff"), upon the filing of a civil rights action pursuant to 42 U.S.C. § 1983. (ECF No. 1).

   Currently pending before the Court is an unopposed Motion for Summary Judgment filed by Defendants Gary M. Lanigan, John Powell, SCO Togno, and SCO Barnes. (ECF No. 57.) In light of the global settlement conference scheduled for May 7, 2018 in all of Plaintiff's open civil matters, the success of which would render said Motion moot, the Court will administratively terminate the Motion. If the settlement conference is unsuccessful, Defendants are advised to submit a letter to this Court requesting that their Motion be re-instated.

   Accordingly,

   **IT IS** it is on this 2nd day of April 2018,

   **ORDERED** that the Clerk shall **ADMINISTRATIVELY TERMINATE** Defendants' pending Motion for Summary Judgment (ECF No. 57); if the global settlement conference is unsuccessful, Defendants shall submit a letter to this Court requesting that their Motion be re-instated; and it is further

**ORDERED** that the Clerk of the Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**